F6MSCASC

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

ALEXANDER J. CASTALDI,

            Plaintiff,

        v.                              14 Civ. 5435 (JSR)

RICER AVENUE CONTRACTING,

            Defendant.
------------------------------x
                                        New York, N.Y.
                                        June 22, 2015
                                        9:30 a.m.
Before:

                HON. JED S. RAKOFF,

                                        District Judge

                     APPEARANCES

KENNEDY, JENNIK & MURRAY
     Attorneys for Plaintiff
BY:  THOMAS KENNEDY
     SUSAN JENNIK

TRIVELLA & FORTE
     Attorneys for Defendant
BY:  SCOTT TRIVELLA
     JONATHAN BARDAVID
     CHRISTOPHER SMITH
```

F6MSCASC

1              (Case called)

2              MR. KENNEDY:  For the plaintiffs, your Honor, Tom
3     Kennedy and Sue Jennik from the firm of Kennedy Jennik & Murray
4              THE COURT:  Good morning.
5              MR. KENNEDY:  Good morning.
6              MR. BARDAVID:  For the defendants, Jonathan BarDavid,
7     Christopher Smith, and Scott Trivella of Trivella & Forte.
8              THE COURT:  Good morning.  I am so sorry to have been
9     so late.
10             I have received your memorandum of settlement
11    agreement.  It looks in order.  I will have that filed under
12    seal and give it right now to my courtroom deputy to file under
13    seal.  I will enter an order dismissing the case with
14    prejudice.
15             Is there anything else we need to take up today?
16             MR. KENNEDY:  Your Honor, the parties have reached a
17    prior settlement in the Moore case, which was the original case
18    between the union funds and River that included a so ordered
19    aspect in your Honor's continuing jurisdiction over the
20    implementation and enforcement of the settlement.  Your Honor
21    was kind enough to do that.
22             It was our expectation, I think by both sides, that we
23    would present the formalized settlement, which would
24    incorporate the terms of the memorandum of settlement agreement
25    to you, again, if you would be willing, to serve as a source of

1     authority to enforce the agreement, if necessary.
2                THE COURT:  When do you plan to do that?
3                MR. KENNEDY:  Before the end of the week certainly,
4     your Honor.  There are people drafting the papers in my office
5     today.  There are some mortgages that have to be done, and we
6     have to do due diligence with respect to the Vermont property,
7     not previously the subject of discussion between the parties.
8     There is a few days involved.  I think on Friday we will have
9     it done.
10               THE COURT:  What I will do is enter an order
11    dismissing the case with prejudice, but with leave to either
12    side to move for reopening if the final settlement agreement
13    satisfactory to the court is not received within 30 days.  That
14    will give you more than ample time.
15               MR. KENNEDY:  That's fine.
16               Plaintiffs, I believe, are finishing the long drama
17    between several sets of plaintiffs, and we want to express our
18    appreciation for your Honor's courtesies and your availability
19    with respect to the disputes that needed to be resolved, helped
20    manage this process in an effective way, and we appreciate it.
21               THE COURT:  Is that a promise you guys won't be back?
22               MR. BARDAVID:  I would like that on the record.
23               THE COURT:  I will hold you to it.
24               MR. BARDAVID:  Is that in the record?
25               THE COURT:  Very good.  Anything else?

F6MSCASC

1             MR. KENNEDY:  No, your Honor.

2             MR. BARDAVID:  No.

3             THE COURT:  Very good.  Thank you.

4             (Adjourned)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25